**Order entered March 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01442-CR

**DARRELL DEWAYNE MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-11-60422-X**

## ORDER

Appellant's March 19, 2013 motion to abate the appeal and for extension of time to file appellant's brief until after the reporter's record is filed is **GRANTED IN PART**.

We **ORDER** Official Court Reporter Susan Peters Tabaee to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the hearing on appellant's motion to suppress held on or about March 28, 2012. Appellant's brief shall be due thirty days after the filing of the supplemental reporter's record.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Susan Peters Tabaee.

/s/    LANA MYERS
       JUSTICE